UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

BERNARDO ESPINOSA-ZAMUDIO,

        Defendant.

Case No. 13-cr-0193-7-bhl

## ORDER

On November 19, 2013, the defendant was ordered released from pretrial detention subject to his sister's agreement to post a $100,000 property bond. (ECF No. 76.) On November 20, 2013, the defendant's sister posted the bond secured by real property at North Holton Street, Milwaukee, Wisconsin. (ECF No. 77.) On April 22, 2021, the defendant's counsel filed a motion asking the Court for an order releasing the bond on the Holton Street property, given that defendant has since been sentenced, served his time, and released. (ECF No. 280.) On April 23, 2021, the government filed a response stating it does not object to the defendant's request. (ECF No. 281.) The Court will grant the defendant's motion. Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion, (ECF No. 280), is **GRANTED** and the Clerk of Court is **ORDERED** to release the property located at 2542 N Holton Street, Milwaukee, WI 53217.

Dated at Milwaukee, Wisconsin on April 27, 2021.

                                                s/ Brett H. Ludwig
                                                BRETT H. LUDWIG
                                                United States District Judge